IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:22-00155-KDB

| | |
|---|---|
| SARAH WARD, | ) |
|     Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI, | )   **ORDER** |
|   Acting Commissioner of Social Security, | ) |
|     Defendant. | ) |

Upon stipulation of the parties, it is hereby **ORDERED** that Defendant will pay Plaintiff $975 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Williams Hall, and mailed to P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**SO ORDERED**

Signed: November 10, 2022

Kenneth D. Bell
United States District Judge